

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2019

No. 04-19-00215-CR

**IN RE STATE OF TEXAS**, ex. rel. Todd A. Durden, County Attorney

Original Mandamus Proceeding[1]

### ORDER

On April 8, 2019, relator filed a petition for writ of mandamus, the real party in interest responded, and relator replied. After reviewing the petition, the response, the reply, and the record, we conclude relator is entitled to the relief requested in part. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART and DENIED IN PART. TEX. R. APP. P. 52.8(c).

The Honorable Spencer Brown is ORDERED to vacate his "Order on Motion to Recuse and Jeopardy Motion for Dismissal" within fifteen days from the date of this order. The writ will issue only if we are notified that Judge Brown has not complied within fifteen days from the date of this order. We DENY all other relief requested by relator and the real party in interest.

It is so **ORDERED** on August 7, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of *The State of Texas v. Mark Anthony Gonzalez*; Cause No. 10041CR, and twenty-one other cases, pending in the County Court, Kinney County, Texas. The Honorable Spencer W. Brown signed the order at issue in this original proceeding.